**SAO**
REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com
*Attorneys for Defendants*
*TK Elevator Corporation and*
*TK Elevator Manufacturing, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GARRY TORRENCE, individually,<br><br>　　　　Plaintiff<br><br>vs.<br><br>OTIS ELEVATOR COMPANY, a foreign corporation; TK ELEVATOR CORPORATION, a foreign corporation; TK ELEVATOR MANUFACTURING, INC., a foreign corporation; DOES 1 through 30, inclusive; and ROE BUSINESS ENTITIES 1 through 30, inclusive,<br><br>　　　　Defendants | CASE NO. 2:25-cv-00682-CDS-MDC<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS TK ELEVATOR CORPORATION AND TK ELEVATOR MANUFACTURING, INC. (ONLY)**<br><br>[ECF No. 10] |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff, Garry Torrence, and Defendants TK Elevator Corporation or TK Elevator Manufacturing, Inc., through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41, that Plaintiff's claims against Defendants TK Elevator Corporation and TK Elevator Manufacturing, Inc. be dismissed without prejudice, each party to bear their own fees and costs. The parties further stipulate, that in the event that discovery in the remaining action against Otis Elevator Company reflects that TK Elevator Corporation or TK Elevator Manufacturing, Inc. had involvement with the maintenance of the elevator at issue or other culpability for the incident involving Plaintiff which would support a claim against TK Elevator Corporation or TK Elevator Manufacturing, Inc., that TK Elevator

1  Corporation and TK Elevator Manufacturing, Inc. will be barred from asserting a statute of
2  limitations defense if claims against them are re-asserted.
3
4  DATED this 16th day of September, 2025.          DATED this 16th day of September, 2025.

5  BERTOLDO CARTER SMITH & CULLEN              ROGERS, MASTRANGELO, CARVALHO
                                                & MITCHELL
6
   /s/ Paul R.M. Cullen                         /s/ Rebecca L. Mastrangelo
7  _____                  _____
   Paul R.M. Cullen, Esq.                       Rebecca L. Mastrangelo, Esq.
8  Nevada Bar No. 12355                         Nevada Bar No. 5417
   Lindsay K. Cullen, Esq.                      700 South Third Street
9  Nevada Bar No. 12364                         Las Vegas, Nevada  89101
   7408 West Sahara Avenue                      Attorneys for Defendants
10 Las Vegas, Nevada 89117                      TK Elevator Corporation and
   Attorneys for Plaintiff                      TK Elevator Manufacturing, Inc.
11 Garry Torrence

12
13      Based on the parties' stipulation, defendants TK Elevator Corporation
14 and TK Elevator Manufacturing, Inc. are dismissed without prejudice, with
15 each party to bear its own costs and fees. TK Elevator Corporation and TK
16 Elevator Manufacturing, Inc. are removed from the caption.
17      Dated: September 17, 2025
18
19                                              _____
                                                United States District Judge
20